# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**PATRICIA SHINN, on behalf of Y.D.S.,**

    **Plaintiff,**

-vs-                      **Case No. 6:10-cv-1932-Orl-31DAB**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

_____

# ORDER

On November 22, 2011, Magistrate Judge Baker entered a Report and Recommendation (Doc. 26), recommending that the decision of the Administrative Law Judge be AFFIRMED. Plaintiff filed timely objections to the Report (Doc. 31). Defendant responded (Doc. 32). Upon *de novo* review of the above, the Court agrees with the recommendation of the Magistrate Judge. The ALJ properly considered the testimony of Y.S.'s mother, and, even given that testimony, substantial evidence supports the conclusion that Y.S.'s impairment did not meet the criteria specified in the Listings. The attacks on the findings made and legal standards applied by the ALJ have no merit. Accordingly, it is hereby

**ORDERED** that:

1. The Report and Recommendation of the Magistrate Judge is Confirmed and Adopted;

     2.     The decision of the ALJ that Y.S. has not been disabled is **AFFIRMED**. The Clerk is directed to enter judgment in favor of the Commissioner and close the case.

     **DONE** and **ORDERED** in Chambers, Orlando, Florida on January 5, 2012.

                                          GREGORY A. PRESNELL
                                          UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party